Uhl v. Komatsu

04-CV10148-BC

Index of Exhibits

Motion to Enforce Judgment and Request for Entry of Judgment Pursuant to FRCP 58(d)
and Motion for Post Judgment Interest

| **Exhibit** | **Description** |
|---|---|
| A | Complaint – June 21, 2004 |
| B | Arbitration Agreement – May 26, 2006 |
| C | Stipulation to Dismiss with Prejudice - August 29, 2006 |
| D | Order of Dismissal – August 30, 2006 |
| E | Arbitration Award and Cover Letter - September 12, 2006 |
| F | Judgment – September 16, 2006 |
| G | Letter requesting information – September 20, 2006 |
| H | Fax to Gentile – September 21, 2006 |