UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DONNA UHL, personal representative
of the estate of LYNN UHL and DONNA
UHL, individually,

    Plaintiff,

PACIFIC EMPLOYER'S INSURANCE
COMPANY,

    Intervening Plaintiff,

v.

KOMATSU FORKLIFT CO. LTD.,
a foreign corporation, and
KOMATSU FORKLIFT U.S.A., INC.,

    Defendants.

Case No. 04-CV-10148-BC
Honorable David M. Lawson

---

David R. Skinner (P20551)
Skinner Professional Law Corporation
Attorney for Plaintiff
101 1st Street, Suite 105
P.O. Box 98
Bay City, MI 48707
(989) 893-5547

Roy W. Johnson (P39134)
Attorney for Intervening Plaintiff
755 W. Big Beaver Road, Suite 516
Troy, MI 48084
(248) 362-0070

Fred J. Fresard (P43694)
Jeffrey T. Gorcyca (P48867)
David J. Gentile (P62171)
Bowman and Brooke LLP
Attorneys for Komatsu Forklift Co., Ltd,
and Komatsu Forklift U.S.A., Inc.
50 W. Big Beaver Road, Suite 600
Troy, MI 48084
(248) 687-5300

---

## STIPULATION TO DISMISS WITH PREJUDICE

The parties, by and through respective counsel, having completed binding arbitration on August 18, 2006 and while awaiting return of an arbitration award, hereby

stipulate that this matter will be dismissed with prejudice, on the condition that this Court will retain jurisdiction to settle any dispute between the parties regarding the enforcement of the Arbitration Award.

APPROVED AS TO FORM:

Skinner Professional Law Corporation				Bowman and Brooke LLP


By:	s/with consent of David R. Skinner			By:	s/Fred J. Fresard
David R. Skinner (P20551)					Fred J. Fresard (P43694)
Attorney for Plaintiff						Jeffrey T. Gorcyca (P48867)
101 1st Street, Suite 105					David J. Gentile (P62171)
P.O. Box 98							Attorneys for Defendants
Bay City, MI 48707						50 West Big Beaver Road
989.893.5547							Suite 600
Email: dave@skinnerlex.com					Troy, MI 48084
								248.687.5300
								Email: fred.fresard@det.bowmanandbrooke.com


By:	s/with consent of Roy W. Johnson
Roy W. Johnson (P39134)
Attorney for Intervening Plaintiff
755 W. Big Beaver Road, Suite 516
Troy, MI 48084
248.362.0070
Email: rjohnsonlaw@earthlink.net