September 12, 2006

**Via Facsimile at (989) 893-5549**

David R. Skinner, Esquire
101 1st Street
Suite 105
Bay City, MI 48708

**Via Facsimile at (248) 362-0070**

Roy W. Johnson, Esquire
755 W. Big Beaver Road
Suite 516
Troy, MI 48084

**Via Facsimile at (248) 743-0422**

Fred J. Fresard, Esquire
50 W. Big Beaver Road
Suite 600
Troy, MI 48084

    Re:   Uhl vs. Komatsu Forklift Co. Ltd., et al

Gentlemen:

    Attached please find the Decision of the Arbitration Panel.

                                  Very truly yours,

                                  /ns/
                                Martin E. Stein

                                /ns/
                                James Martin

                                /ns/
                                Graham Ward

Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DONNA UHL, Personal Representative
Of the Estate of LYNN UHL, and DONNA
UHL, individually,

        Plaintiffs,

-vs-                                      No:  04-CV10148BC
                                          Hon. David M. Lawson
KOMATSU FORKLIFT CO. LTD., a foreign
Corporation, and KOMATSU FORKLIFT U.S.A.,
INC.,

        Defendants.

_____/

| | |
|---|---|
| David R. Skinner P20551<br>Attorney for Plaintiff<br>101 1st Street, Suite 105<br>Bay City, MI 48708<br>(989)893-5547  Fax (989) 893-5549 | Roy W. Johnson P39134<br>Attorney for Intervening Plaintiff<br>755 W. Big Beaver Road, Suite 516<br>Troy, MI 48084<br>(248) 362-0070  Fax (248) 362-0070 |
| Fred J. Fresard P43694<br>David Gentile P62171<br>Attorneys for Defendants<br>50 W. Big Beaver Road, Suite 600<br>Troy, MI 48084<br>(248) 637-5300  Fax (248) 743-0422 | |

_____/

## ARBITRATION AWARD

It is the decision of this arbitration panel, by way of a two to one decision, that an award is rendered in favor of the plaintiffs, Donna Uhl, Personal Representative of the Estate of Lynn Uhl, and Donna Uhl, individually, and Pacific Employer's Insurance Company and against the defendants, Komatsu Forklift Co. LTD and Komatsu Forklift

09/12/2006 12:22 FAX 248 352 1312    LEVINE BENJAMIN    ☒003/003

U.S.A., Inc., in the amount of One Million Nine Hundred Thousand ($1,900,000.00) dollars.

_____
Martin Stein

_____
Graham Ward

_____
James Martin