# UNITED STATES OF AMERICA
## EASTERN DISTRICT OF MICHIGAN
### NORTHERN DIVISION

| | |
|---|---|
| DONNA UHL, PERSONAL REPRESENTATIVE OF THE ESTATE OF LYNN UHL AND DONNA UHL, INDIVIDUALLY,<br><br>              PLAINTIFF,<br><br>PACIFIC EMPLOYER'S INSURANCE COMPANY,<br><br>              INTERVENING PLAINTIFF,<br><br>vs.<br><br>KOMATSU FORKLIFT CO. LTD., A FOREIGN CORPORATION, AND KOMATSU FORKLIFT U.S.A., INC.,<br><br>              DEFENDANTS. | The Honorable David M. Lawson<br><br>Docket Number:  04-CV10148BC |

SKINNER PROFESSIONAL LAW CORPORATION
DAVID R. SKINNER (P20551)
STACI M. RICHARDS (P64566)
ATTORNEYS FOR PLAINTIFF
101 FIRST STREET-SUITE 105
POST OFFICE BOX 98
BAY CITY, MICHIGAN 48707-0098
(989) 893-5547

JOHNSON & JOHNSON, P.C.
ROY W. JOHNSON  (P39134)
ATTORNEYS FOR INTERVENING PLAINTIFF
755 W.  BIG BEAVER ROAD, STE. 516
TROY, MICHIGAN  48084-4903
(248) 362-0070

FRED J. FRESARD (P43694)
JEFFREY T. GORCYCA (P48867)
ATTORNEYS FOR  DEFENDANTS
50 W. BIG BEAVER RD., STE 600
TROY, MICHIGAN 48084
(248) 687-5300

## **JUDGMENT**

Plaintiffs and Intervening Plaintiff pursuant to the arbitration agreement, paragraph 30, attach the arbitrators' decision and file with this Court for Entry (Exhibit A).

Dated: September 16, 2006

                s/ David R. Skinner (P20551)
Attorney for Plaintiff
Skinner Professional Law Corporation
101 First Street. Suite 105
PO Box 98
Bay City, MI 48707-0098
(989) 893-5547
dave@skinnerlex.com


s/ Roy W. Johnson (39134) w/Permission
Attorney for Intervening Plaintiff
Johnson & Johnson, PC
755 W. Big Beaver Road, Ste 516
Troy, MI 48084-4903
(248) 362-0070

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2006, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

    On:    Fred J. Fresard
                fred.fresard@det.bowmanandbrooke.com

                Jeffrey T. Gorcyca
                jeffrey.gorcyca@bowmanandbrooke.com

                David J. Gentile
                david.gentile@det.bowmanandbrooke.com

and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

    On:    Roy W. Johnson
                Johnson & Johnson
                755 W. Big Beaver Road, Suite 516
                Troy, MI 48084-4903

                                        s/Angela Van Nostrand
                                        Case Manager for David R. Skinner (P20551)
                                        Skinner Professional Law Corporation
                                        101 First Street, Suite 105
                                        PO Box 98
                                        Bay City, MI 48707-0098
                                        (989) 893-5547
                                        dave@skinnerlex.com, angela@skinnerlex.com

September 12, 2006

**Via Facsimile at (989) 893-5549**

David R. Skinner, Esquire
101 1st Street
Suite 105
Bay City, MI 48708

**Via Facsimile at (248) 362-0070**

Roy W. Johnson, Esquire
755 W. Big Beaver Road
Suite 516
Troy, MI 48084

**Via Facsimile at (248) 743-0422**

Fred J. Fresard, Esquire
50 W. Big Beaver Road
Suite 600
Troy, MI 48084

       Re:   Uhl vs. Komatsu Forklift Co. Ltd., et al

Gentlemen:

       Attached please find the Decision of the Arbitration Panel.

                                            Very truly yours,

                                            /ns/
                                            Martin E. Stein

                                            /ns/
                                            James Martin

                                            /ns/
                                            Graham Ward

Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DONNA UHL, Personal Representative
Of the Estate of LYNN UHL, and DONNA
UHL, individually,

        Plaintiffs,

-vs-                                              No:  04-CV10148BC
                                                  Hon. David M. Lawson
KOMATSU FORKLIFT CO. LTD., a foreign
Corporation, and KOMATSU FORKLIFT U.S.A.,
INC.,

        Defendants.

_____/

| | |
|---|---|
| David R. Skinner P20551<br>Attorney for Plaintiff<br>101 1st Street, Suite 105<br>Bay City, MI  48708<br>(989)893-5547  Fax (989) 893-5549 | Roy W. Johnson P39134<br>Attorney for Intervening Plaintiff<br>755 W. Big Beaver Road, Suite 516<br>Troy, MI  48084<br>(248) 362-0070  Fax (248) 362-0070 |
| Fred J. Fresard P43694<br>David Gentile P62171<br>Attorneys for Defendants<br>50 W. Big Beaver Road, Suite 600<br>Troy, MI  48084<br>(248) 637-5300  Fax (248) 743-0422 | |

_____/

## ARBITRATION AWARD

It is the decision of this arbitration panel, by way of a two to one decision, that an award is rendered in favor of the plaintiffs, Donna Uhl, Personal Representative of the Estate of Lynn Uhl, and Donna Uhl, individually, and Pacific Employer's Insurance Company and against the defendants, Komatsu Forklift Co. LTD and Komatsu Forklift

2

09/12/2006 12:22 FAX 248 352 1312    LEVINE BENJAMIN                              ☒003/003

U.S.A., Inc., in the amount of One Million Nine Hundred Thousand ($1,900,000.00) dollars.

_____        _____
Martin Stein                                                    Graham Ward

_____
James Martin