

**S K I N N E R**
PROFESSIONAL LAW CORPORATION

September 20, 2006



FAXED
9/20/06

**AMENDED DATE**

**SENT VIA FACSIMILE AND U. S. REGULAR MAIL**

Bowman and Brooke LLP
Attention:
FRED J. FRESARD
JEFFREY GORCYCA
DAVID GENTILE
50 W. Big Beaver Road, Suite 600
Troy, MI 48084

RE: Uhl v. Komatsu Forklift, et. al.
    Our File: 2962.00

Gentlemen:

When may we expect to receive payment pursuant to the arbitration award?

SKINNER PROFESSIONAL LAW CORPORATION

By:  David R. Skinner
     Attorney for Donna Uhl

DRS/id

cc:  Roy Johnson, Esq.

101 FIRST · SUITE 105
POST OFFICE BOX 98
BAY CITY, MI 48707-0098
TELEPHONE: 989 893 5547
FACSIMILE: 989 893 5549
E-MAIL: info@skinnerlex.com