Skinner Professional Law Corporation
101 First Street – Suite 105
Bay City, Michigan 48708
Telephone (Voice) (989) 893-5547
Return Fax Transmission to: (989) 893-5549
Email: ___@skinnerlex.com

# Telecopy



FAXED 9/21/06

| To: | David Gentile | From: | Staci Richards |
|---|---|---|---|
| Fax: | 248-743-0422 | Pages: | |
| Phone: | 248-687-5328 | Date: | |
| Re: | Uhl v Komatsu Payment | CC: | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

Mr. Gentile

It appears that once again we are being ignored – you have not called, not sent a letter, and not sent a fax. This appears to be an ongoing policy. The agreement to arbitrate was a mutual decision. If there continues to be a refusal to communicate, I will have to choice but to file a motion.

Staci Richards

This communication is confidential and intended only for the addressee. Any distribution or duplication of this communication is prohibited. If this facsimile was not intended for you, please telephone us immediately so that we can arrange for its return at our expense.

R:\Uhl 2962.00 – Death Product Liability\Correspondence\Gentile re payment.doc

## Staci Richards

**From:** Staci Richards [staci@skinnerlex.com]
**Sent:** Thursday, September 21, 2006 9:56 AM
**To:** 'David J. Gentile'

Please see attached fax.

Thank you
Staci Richards

9/21/2006